**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

EZELL GILBERT,

    Petitioner,

vs.
                                                      Case No. 8:99-CV-2054-T-30TGW
                                                    Crim Case No. 8:95-CR-311-T-30TGW

UNITED STATES OF AMERICA,

    Respondent.
_____/

## **ORDER**

      Before the Court is Petitioner's Application for Certificate of Appealability (CV Dkt. 24). On April 13, 2009, this Court denied, in part, Petitioner's Motion to Reopen and Amend First 28 U.S.C. § 2255 Motion, ruling that Petitioner's motion was in substance a successive § 2255 motion, and that Petitioner must first obtain an order from the Eleventh Circuit Court of Appeals authorizing this Court to consider the § 2255 motion (See CV Dkt. 21).

      Initially, because this Court's order denying Petitioner's successive § 2255 motion is a "final order in a § 2255 proceeding," Petitioner must obtain a certificate of appealability before he will be permitted to appeal the order. *See Gonzalez v. Sec'y for the Dep't of Corr.*, 366 F.3d 1253, 1263 (11th Cir. 2004); *Lazo v. United States*, 314 F.3d 571 (11th Cir. 2002). To merit a certificate of appealability, Petitioner must show that reasonable jurists would find debatable both (1) the merits of the underlying claim and (2) the procedural issues he seeks to raise. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 478 (2000); *Eagle*

*v. Linahan*, 279 F.3d 926, 935 (11th Cir 2001). "When a plain procedural bar is present and the district court is correct to invoke it, then a reasonable jurist could conclude neither that the district court erred in dismissing the petition nor that the petitioner should be allowed to proceed further." *Lazo*, 314 F.3d at 574-75.

The Court finds that the following issues raised by Petitioner are sufficient to justify further consideration on appeal:

1. Whether the district court erred in denying Petitioner's Rule 60(b) motion to reopen his § 2255 action and amend his § 2255 motion on the ground that the Rule 60(b) motion was in substance a successive § 2255 motion.

2. Whether the district court erred in denying Petitioner's request to treat his Rule 60(b) motion as a petition pursuant to 28 U.S.C. § 2241.

Accordingly, the Court **ORDERS** that Petitioner's Application for Certificate of Appealability (CV Dkt. 24) is **GRANTED**.

**DONE** and **ORDERED** in Tampa, Florida on June 15, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copies to: Counsel of Record

2